

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00604-CV

**IN RE** Ronald E. **GOTANCO**, M.D.
and Star Anesthesia, P.A.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  October 1, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On August 26, 2014, relators Ronald E. Gotanco, M.D. and Star Anesthesia, P.A., filed a petition for writ of mandamus. The court has considered relators' petition for writ of mandamus, the responses filed on behalf of the respondent and real parties in interest, and relators' reply, and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012-CI-09786, styled *Tonya R. Catalano and Anthony N. Catalano v. Ronald E. Gotanco, M.D. and Star Anesthesia, P.A.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.